UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

**FILED**
Nov. 19, 2020
Douglas E. Wedge, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

**Case No.: 20–10321**
**Chapter: 7**

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
Duncan Recycling and Refining, LLC
aka D.R. 2
1450 Boren Drive
Duncan, OK 73533

Social Security No.:

Employer's Tax I.D. No.:
47–2027979

---

# NOTICE TO FILE PROOF OF CLAIM

## NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not neccessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court on or before:

### February 17, 2021

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the estate. Proof of claim forms are available on this Court's website.

A Proof of Claim may be filed electronically on the court's web site at www.okwb.uscourts.gov. Select Electronic Filing of Proof of Claims (ePOC) and follow the on–line instructions. After filing your claim, you will have the opportunity for one free look at the claim and you can print or download a file–stamped copy for your records.

The proof of claim may also be filed by regular mail. The Court requires an original proof of claim, supporting documentation not to exceed 50 pages, and a copy of both. If a file–stamped copy of the claim is required, please enclose an additional photocopy and a stamped, self–addressed envelope.

No fee is assessed for filing the proof of claim. Please see the Court's website (www.okwb.uscourts.gov) for instructions for filing a proof of claim.

**ANY CREDITOR WHO HAS ALREADY FILED A PROOF OF CLAIM NEED NOT FILE ANOTHER PROOF OF CLAIM.**

Dated: **November 19, 2020**    **Douglas E. Wedge, Clerk**
**U.S. Bankruptcy Court**

\*\*This Court is an Electronic Filing Court. The mailing address is listed below if you must file paper by mail.\*\*

**United States Bankruptcy Court**
**Western District of Oklahoma**
**215 Dean A. McGee Ave.**
**Oklahoma City, OK 73102**