# Notice Recipients

District/Off: 1087–5     User: jebe     Date Created: 11/19/2020
Case: 20–10321     Form ID: ntcclm     Total: 109

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6421953     Crossroads 2004
6421955     David Nichols
6421986     Marilyn Hugan Revocable Trust

                                                                                                TOTAL: 3

**Recipients of Notice of Electronic Filing:**
aty     Carrie D Pfrehm     c.pfrehm@mordylaw.com
aty     David A. Cheek     dcheek@cheekfalcone.com
aty     O. Clifton Gooding     cgooding@goodingfirm.com
aty     Rick Lee Denker     rick@denkerzuhdi.com
aty     Tim Newsom     tim@youngfirm.com
aty     William M. Lewis     blewis@goodwinlewis.com

                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Duncan Recycling and Refining, LLC     1450 Boren Drive     Duncan, OK 73533
tr      Douglas N. Gould     5500 N. Western Ave., Ste 150     Oklahoma City, OK 73118
cr      c/o Tim Newsom Amarillo Metals Company     Young & Newsom, PC     1001 S. Harrison, Suite 200     Amarillo, TX 79101
cr      First Bank & Trust Co.     Mordy, Mordy, Pfrehm & Wilson, P.C.     P.O. Box 457     Ardmore, OK 73402 US
cr      Frank Bannister     c/o William Lewis     PO Box 312     Oklahoma City, ok 73101
cr      Cotaco Creek Converters, Inc.     1450 Boren Drive     Duncan, ok 73533
aty     Stephen William Davis     6688 North Central Expressway     Suite 1000     Dallas, TX 75206
smg     Oklahoma Employment Security Commission     PO Box 53039     Oklahoma City, OK 73152–3039
6421931     A&B Converters     2461 Briarwood Ct     Burlington, WI 53105
6421932     AAA Cores LLC     c/o hammond Archer & Kee PLLC     1102 W Maple     Duncan, OK 73533
6421939     AT&T     P.O. Box 5019     Carol Stream, IL 60197–5019
6421940     AT&T (Fire & Safety)     P.O. Box 5019     Carol Stream, IL 60197–5019
6421941     AT&T Wireless     PO Box 6463     Carol Stream, IL 60197–6463
6421933     Accurate Converters     199 Branch Ave     Providence, RI 02904
6421934     Alfred H Knight International Limited     Kings Business Park, Kings Drive     Prescot, L34 1PJ
6421935     Alliance Manufacturing Inc.     DBA Oregon Industrial Supply     4277 West 5th Street     Eugene, OR 97402
6421936     Amarillo Metals     415 N Grand Street     Amarillo, TX 79107
6421937     Applied Ceramics, Inc.     5555 Pleasantdale Rd     Doraville, GA 30340
6423915     ArcBest     ArcBest Attn Bankruptcy Desk     PO Box 10048     Fort Smith AR 72917
6421938     ArcBest Freight     1117 E Grand Blvd     Oklahoma City, OK 73129–8406
6421942     Basin Environmental     1117 NW 24th St.     Oklahoma City, OK 73106
6421943     Big Chief     P. O. Box 632373     Cincinnati, OH 45227
6421944     Bryant Refractory Company, Inc.     P. O. Box 371     Tulsa, OK 74101–0371
6421948     CCP LLC     Brandon Lee     Lees Union Church Road     Four Oaks, NA 27524
6421945     Cable One     P. O. Box 78000     Phoenix, AZ 85062–8000
6421946     Capital Premium Financing     P. O. Box 660232     Dallas, TX 75266–0232
6421947     Carolina Converter Processor LLC     Lees Union Church road     Four oaks, NC 27524
6421949     Cheek & Falcone, PLLC     6301 Waterford Boulevard, Suite 320     Oklahoma City, OK 73118–1168
6421950     Chem–Aqua     P. O. Box 971269     Dallas, TX 75397–1269
6421951     Cooter Enterprises     Valentino Gomez     902 Grace Street     Omaha, NE 68110
6421952     Cotaco Creek Converters Inc     Tim Patrick     7142 Alabama Hwy 36     Lacey's Spring, AL 35754
6421954     Crowe & Dunlevy     Braniff Bldg, 324 N Robinson, Ste 100     Oklahoma City, OK 73103
6421957     DG Auto Wrecker     4304 Autumn Drive     Trinton Falls, NJ 07753
6421956     David Nichols     2201 Oak Hollow     Duncan, OK 73533
6421958     Doerner, Saunders, Daniel & Anderson     210 Park Avenue Suite 1200     Oklahoma City, OK 73102–5603
6421959     Duncan Economic Development Foundation     PO Box 1051     Duncan, OK 73534
6421960     Duncan Public Utilities Authority     Box 969     Duncan, OK 73534
6421961     Dusty's Diesel     Dusty Parsons     119 Circle Drive     Davis, OK 73030
6421962     Environmental Testing, Inc.     Accounts Receivable     4619 N Santa Fe Ave.     Oklahoma City, OK 73118
6421963     Express Services, Inc.     P. O. Box 203901     Dallas, TX 75320–3901
6421964     FedEx     P. O. Box 660481     Dallas, TX 75266–0481
6421965     FedEx Trade Networks Transport & Brokera     P. O. Box 842206     Boston, MA 02284–2206
6421966     First Bank & Trust     1521 W Plato Rd     Duncan, OK 73533
6421967     First Bank & Trust Co.     Plato Banking Center     PO Box 580     Duncan, OK73534–0580
6421969     First Pryority Bank     10632 S. Memorial     Tulsa, OK 74133
6421968     First Pryority Bank     310 E. Graham     Pryor, OK 74361
6421970     Fisher Scientific Co LLC     Attn: 071227, P. O. Box 404705     Atlanta, GA 30384–4705

| | | | | |
|---|---|---|---|---|
| 6421971 | Frank Bannister | c/o Goodwin Lewis PLLC | PO Box 312 | Oklahoma City, OK 73101 |
| 6421972 | Great America Financial Services | PO Box 609 | Cedar Rapids, IA 52401−0609 | |
| 6432661 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | 625 First St SE, Ste 800 | Cedar Rapids, IA 52401 |
| 6421973 | Hart Brothers Core Company | 600 Goldfish Farm Road SE | Albany, OR 97322 | |
| 6421974 | High−Tech−Tronics, Inc. | P. O. Box 271493 | Oklahoma City, OK 73137 | |
| 6421975 | IC Global | Glenn Ogden | 603 Perrin Port of San Antonio | san Antonio, TX 78226 |
| 6421976 | Inorganic Ventures | I.V. Labs, Inc. DBA Inorganic Ventures | 300 Technology Dr. | Christiansburg, VA 24073 |
| 6421977 | Insurance One Agency, Inc. | 1214 N. Highway 81 #106 | Duncan, OK 73533 | |
| 6421978 | J. A. King | P. O. Box 160 | Whitsett, NC 27377 | |
| 6421980 | JC Auto Parts | Brian Dean | 901 Country Line Road | Monroe City, MO 63456 |
| 6421979 | James Supplies LLC | P. O. Box 360 | Pauls Valley, OK 73075 | |
| 6421981 | John Allen Investments | 863 S Cherry Lane | Fort Worth, TX 76108 | |
| 6421982 | K&K Motor Salvage | 1739 Texas 67 | Graham, TX 76450 | |
| 6421983 | Leco Corporation | 3000 Lakeview Avenue St | Joseph, MI 49085−2396 | |
| 6421984 | Legend Smelting and Recycling Inc | 717 O'Neill Drive | Hebron, OH 43025 | |
| 6421985 | Liberty Iron & Metal Holdings | c/o Michael Modica | Altus Receivables Management | 2400 Veterans Blvd., Suite 300   Kenner, LA 70062 |
| 6421987 | Mark Spradling | 1450 Boren Blvd | Duncan, OK 73533 | |
| 6421988 | Mark Spradling | 2601 W Beech Ave. | Duncan, OK 73533 | |
| 6421989 | Narron Wenzel PA | Post Office Box 1567 | Smithfield, NC 27577 | |
| 6421990 | Natural Ventures | Brylan Schultz | 2904 W 500 South | Salt Lake City, UT 84104 |
| 6421991 | NetPro IT, LLC | P. O. Box 1305 | Duncan, OK 73534 | |
| 6421992 | Nolan Transportation Group | P. O. Box 931184 | Atlanta, GA 31193−1184 | |
| 6425180 | Old Dominion Freight Line, Inc. | Rusty Frazier, Litigation Coordinator | 500 Old Dominion Way | Thomasville, NC 27360 |
| 6421993 | Oxylance | 2501 27th Street North | Birmingham, AL 35234 | |
| 6421994 | Platinium Recovery & Recycling | Chris Legate | 1515 8th Street | Sequin, TX 78155 |
| 6421995 | Rexel | P. O. Box 840638 | Dallas, TX 75284−0638 | |
| 6421996 | Reynolds Ridings Vogt & McCart PLLC | 101 Park Ave, Suite 1010 | Oklahoma City, OK 73102 | |
| 6421997 | Rick Denker | 4700 NW 23rd Street, Suite 112 | Oklahoma City, OK 73127 | |
| 6421998 | Saia Motor Freight Line, LLC | P. O. Box 730532 | Dallas, TX 75373−0532 | |
| 6421999 | Sandlian Iron & Metal | Jr. Sandlian | 3059 N Hoover | Wichita, KS 67205 |
| 6422000 | Sooner Fire & Safety | 503 Ridley Road | Duncan, OK 73533 | |
| 6422001 | Spang Power Electronics | 26719 Network Place | Chicago, IL 60673−1267 | |
| 6422002 | Standley Systems | Great America Financial Services | PO Box 660831 | Dallas, TX 75266−0831 |
| 6422003 | Stanley Thompson an invidual | d/b/a Stan's Cores | 5417 S Stewart Street | Pleasant Hill, MO 64080 |
| 6422004 | Staples Business Credit | P. O. Box 105638 | Atlanta, GA 30348−5638 | |
| 6422005 | Stephen O. Crawford | Crawford & Sublett | 603 Elm Street, Suite 501 | Graham, TX 76450 |
| 6422006 | Stephen Threet | 509 Greenbriar Dr | North Augusta, SC 29860 | |
| 6422007 | Tarheel Converters & Cores | Phillip Harrison | 5641 Hwy Street Ste 400 | Mounty Airy, NC 27030 |
| 6422008 | Teledyne Instruments, Inc. | 12497 Collections Center Drive | Chicago, IL 60693−0124 | |
| 6422009 | Tetronic International | B4 Marston Gate, South Marston | Business Park | Swindon Wilts SN3 4DE |
| 6422010 | Texas International Freight | 5100 Westheimer Rd., Suite 200 | Houston, TX 77056 | |
| 6422011 | The Sperry Lawfirm | 533 johnson Ferry Road Building D | Suite 400 | Marietta, GA 30068 |
| 6422012 | Thermal Scientific, Inc. | P. O. Box 2273 | Mansfield, TX 76063 | |
| 6422013 | Thermo Fisher Financial | P. O. Box 41602 | Philadelphia, PA 19101−1602 | |
| 6422014 | Titan Recycling | Sal Cardenas | 5837 Los Across Way | Buena Park, CA 90620 |
| 6422015 | Torres Brothers | AAA Cores David Torres | 3850 Golden Trail Road | College Station, TX 77845 |
| 6422016 | Uline | Attn Accounts Receivable | P. O. Box 88741 | Chicago, IL 60680−1741 |
| 6422017 | Unifirst Corporation | ATTN Accounts Receivable | 2130 E California Avenue | Oklahoma City, OK 73117 |
| 6422018 | Waste Connections of Oklahoma, Inc. | P. O. Box 742695 | Cincinnati, OH 45274−2695 | |
| 6422019 | Western Catalyst | Andrew Schunk | 943 Vernon Way | El Cajon, CA 92020 |
| 6422020 | Xpress Metal Recycling, Inc | Calvin Le | 1393 Chandler Road | Gainesville, GA 30507 |
| 6422021 | Young & Newsom PC | 1001 S Harrison Suite 200 | Amarillo, TX 79101 | |
| 6422022 | Zoro Tools, Inc. | P. O. Box 5233 | Janesville, WI 53547−5233 | |

TOTAL: 100